UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MERLING DEL CARMEN
RAMOS PULIDO,

    Petitioner,

v.                                                                            No. 1:26-CV-205-H

MARCELLO VILLEGAS, et al.,

    Respondents.

## ORDER

Merling Del Carmen Ramos Pulido petitioned for a writ of habeas corpus challenging her detention pending the completion of removal proceedings. Dkt. No. 1. Online records from the Executive Office of Immigration Review indicate that an immigration judge granted Ramos Pulido voluntary departure under 8 U.S.C. § 1229c(a). ICE's Online Detainee Locator System indicates that she is no longer in the respondents' custody. Because Ramos Pulido has voluntarily departed the United States, the Court concludes that her petition is moot. *Cf. Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing petition as moot because the court could "not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly. The Clerk of Court is directed to serve this Order electronically on the United States Attorney's Office for the Northern District of Texas pursuant to the current Service of Process Agreement for federal habeas petitions under 28 U.S.C. § 2241.

– 2 –

So ordered on August __4__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE